No. —. EX PARTE UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY. December 6, 1943. The motion for leave to file a petition for writ of mandamus or writ of prohibition is denied without prejudice to the filing of an application for a writ of certiorari. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, MR. JUSTICE MURPHY, and MR. JUSTICE RUTLEDGE think that a rule to show cause should issue. *Solicitor General Fahy* and *Mr. William C. Fitts, Jr.* for petitioner.

No. 502. SMITH ET AL., CO-PARTNERS, TRADING AS THOMSON & McKINNON, *v.* LUMMUS, TAX ASSESSOR, ET AL. Appeal from the Supreme Court of Florida. December 13, 1943. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Metropolitan Life Ins. Co.* v. *New Orleans,* 205 U. S. 395; *Liverpool Ins. Co.* v. *Board of Assessors,* 221 U. S. 346; *Curry* v. *McCanless,* 307 U. S. 357, 368. *Mr. George H. Salley* for appellants. *Messrs. J. Tom Watson,* Attorney General of Florida, and *Lawrence A. Truett,* Assistant Attorney General, for appellees.

No. —. EX PARTE EDWARD CASEBEER; and
No. —. EX PARTE FRANK J. KANE. December 13, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.